## VERIFICATION

I, Michael Rubin, declare that I have reviewed the Verified Stockholder Derivative Complaint ("Complaint") prepared on behalf of nominal defendant Misonix, Inc., and I authorize its filing. I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I purchased Misonix, Inc. common stock in the IPO on January 23, 1992, and have continuously held through the date of this Verification, and have been a shareholder of Misonix, Inc. during the relevant time period in which the wrongful conduct alleged and complained of in the Complaint was occurring.

Executed this 15th day of June, 2017.

*Michael Rubin*
Michael Rubin (Jun 15, 2017)