UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRVING FELDBAUM, Derivatively on Behalf of MISONIX, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>STAVROS G. VIZIRGIANAKIS, RICHARD A. ZAREMBA, JOHN W. GILDEA, CHARLES MINER III, PATRICK A. MCBRAYER, THOMAS M. PATTON, MICHAEL A. MCMANUS, JR., and T. GUY MINETTI,<br><br>        Defendants,<br><br>-and-<br><br>MISONIX, INC., a New York corporation,<br><br>        Nominal Defendant | Case No. 2:17-cv-03385-ADS-AYS<br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING THE RELATED STOCKHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ JUL 21 2017 ★<br><br>LONG ISLAND OFFICE<br><br>Date Action Filed: June 6, 2017 |
| MICHAEL RUBIN, Derivatively on Behalf of MISONIX, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL A. MCMANUS, JR., STAVROS G. VIZIRGIANAKIS, RICHARD A. ZAREMBA, JOHN W. GILDEA, CHARLES MINER III, PATRICK A. MCBRAYER, THOMAS M. PATTON, and T. GUY MINETTI,<br><br>        Defendants,<br><br>-and-<br><br>MISONIX, INC., a New York corporation,<br><br>        Nominal Defendant. | Case No. 2:17-cv-03657-ADS-GRB<br><br>Date Action Filed: June 16, 2017 |

WHEREAS, there are currently two related stockholder derivative actions pending in this District against Stavros G. Vizirgianakis, Richard A. Zaremba, John W. Gildea, Charles Miner III, Patrick A. McBrayer, Thomas M. Patton, Michael A. McManus, Jr., and T. Guy Minetti ("Individual Defendants"), who are current or former directors and officers of nominal defendant Misonix, Inc. ("Misonix" or the "Company") (Misonix, together with the Individual Defendants, is collectively referred to herein as "Defendants"): (i) *Feldbaum v. Vizirgianakis, et al.*, Case No. 2:17-cv-03385-ADS-AYS; and (ii) *Rubin v. McManus, Jr., et al.*, Case No. 2:17-cv-03657-ADS-GRB (together, the "Related Actions");

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Related Actions challenge similar alleged conduct by the Company's directors and executive officers and involve common questions of law and fact;

WHEREAS, in order to avoid duplication of effort and to conserve the Court's and the parties' resources, the plaintiffs agree that the Related Actions should be related and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Action");

WHEREAS, in order to maximize the efficiencies made possible through consolidation, the plaintiffs further agree that Robbins Arroyo LLP and WeissLaw LLP shall be designated as co-lead counsel for plaintiffs in the Consolidated Action ("Co-Lead Counsel"); and

WHEREFORE, the parties to this stipulation, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one consolidated action:

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Feldbaum v. Vizirgianakis, et al.* | 2:17-cv-03385-ADS-AYS | June 6, 2017 |
| *Rubin v. McManus, Jr., et al.* | 2:17-cv-03657-ADS-GRB | June 16, 2017 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MISONIX, INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL DERIVATIVE ACTIONS | Lead Case No. 2:17-cv-03385-ADS-AYS <br><br> (Consolidated with No. 2:17-cv-03657-ADS-GRB) <br><br> Honorable Arthur D. Spatt <br> Courtroom 1020 |

3. The files of the Consolidated Action will be maintained in one master file under Lead Case No. 2:17-cv-03385-ADS-AYS.

4. Co-Lead Counsel for plaintiffs for the conduct of *In re Misonix, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:17-cv-03385-ADS-AYS, is designated as follows:

> ROBBINS ARROYO LLP
> BRIAN J. ROBBINS
> CRAIG W. SMITH
> SHANE P. SANDERS
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
> brobbins@robbinsarroyo.com
> csmith@robbinsarroyo.com
> ssanders@robbinsarroyo.com

-and-

WEISSLAW LLP
JOSEPH H. WEISS
DAVID C. KATZ
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
jweiss@weisslawllp.com
dkatz@weisslawllp.com

5.  Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings may be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

6.  Defendants need not answer, move or otherwise respond to any of the individual complaints until after the Related Actions have been consolidated and a schedule has been set in the Consolidated Action.

7.  Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall bind all plaintiffs.

8.  This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Actions that is subsequently filed in, removed to, or transferred to this Court.

9.  If a case that properly belongs as part of *In re Misonix, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:17-cv-03385-ADS-AYS, is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Misonix, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:17-cv-03385-ADS-AYS.

10. Within thirty (30) days of entry of an order on this stipulation, the parties to this stipulation shall meet and confer and submit a proposed schedule for the filing of potential consolidated pleadings, defendants' response(s), and any other pertinent matters.

**IT IS SO STIPULATED.**

Dated: July 19, 2017

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS

/s/ Shane P. Sanders/OCR
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        csmith@robbinsarroyo.com
        ssanders@robbinsarroyo.com

*Counsel for Plaintiff Irving Feldbaum and Proposed Co-Lead Counsel for Plaintiffs*

**LAW OFFICE OF THOMAS G. AMON**
THOMAS G. AMON
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
E-mail: tamon@amonlaw.com

*Counsel for Plaintiff Irving Feldbaum*
**THE LAW OFFICES OF NICHOLAS KOLUNCICH III, LLC**
NICHOLAS KOLUNCICH III
LISA YOUNGNER
500 Marquette Avenue NW, Suite 1200
Albuquerque, NM 87102
Telephone: (505) 881-2228
Facsimile: (505) 881-4288
E-mail: nkoluncich@newmexicoclassactions.com
        lisay@newmexicoclassactions.com

*Counsel for Plaintiff Irving Feldbaum*

Dated: July 19, 2017

**WEISSLAW LLP**
JOSEPH H. WEISS
DAVID C. KATZ

_____
JOSEPH H. WEISS

1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
E-mail: jweiss@weisslawllp.com
         dkatz@weisslawllp.com

*Counsel for Plaintiff Michael Rubin and Proposed Co-Lead Counsel for Plaintiffs*

Dated: July 19, 2017

**WILLIAMS & CONNOLLY LLP**
JOHN S. WILLIAMS

_____
JOHN S. WILLIAMS

725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 328-1839
E-mail: jwilliams@wc.com

*Counsel for Nominal Defendant Misonix, Inc.*

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/21/17

s/ Arthur D. Spatt
_____
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT COURT